UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Deborah Van Loan** § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Civil No. 1:21-cv-1076 RP |
| § | | |
| § | | |
| **Law Office of Larry A. Matthys, PC,** § | | |
| **Phoenix Exteriors, LLC** § | | |
| Defendants § | | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARS from the records of the above-entitled action that service of the civil complaint has been made upon the defendant **Phoenix Exteriors, LLC.**, and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this **28th** day of **December, 2021**, DEFAULT is hereby entered against **Phoenix Exteriors, LLC.**.

JANNETTE J. CLACK, CLERK
U.S. DISTRICT COURT

By:

Deputy Clerk